1094

No. 98–659.  PAUL *v.* WILLIAM MORROW & CO., INC., ET AL. C. A. 11th Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 98–674.  BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER *v.* WILKINS.  C. A. 8th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 98–707.  CENTRAL OF GEORGIA RAILROAD CO. *v.* MOCK. Ct. App. Ga.  Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 98–721.  UNITED STATES *v.* PLAYERS INTERNATIONAL, INC., ET AL.  C. A. 3d Cir.  Motion of Valley Broadcasting Co. et al. for leave to file a brief as *amici curiae* granted.  Certiorari before judgment denied.

No. 98–864.  ESTOCK CORP., N. V., ET AL. *v.* FIRST NATIONAL BANK OF CHICAGO.  C. A. 7th Cir.  Motions of Illinois Trial Lawyers Association and Association of Trial Lawyers of America for leave to file briefs as *amici curiae* granted.  Certiorari denied.